**WEBBER MCGILL LLC**
Douglas J. McGill, Esq.
100 E. Hanover Avenue, Suite 401
Cedar Knolls, New Jersey 07927
Tel: (973) 739-9559
Fax: (973) 739-9575
*Attorneys for Debtor*



**Order Filed on June 1, 2022
by Clerk,
U.S. Bankruptcy Court
District of New Jersey**

### UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF NEW JERSEY

In re:

Cynthia B. Spitznagel,

Debtor.

Chapter 13

Case No. 21-19604 (SLM)

### CONSENT ORDER FOR LOSS MITIGATION IN FURTHERANCE OF CHAPTER 13 PLAN

The relief set forth on the following pages, numbered 2-4, his hereby **ORDERED**.

**DATED: June 1, 2022**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Debtor:            Cynthia B. Spitznagel
Case No.:          21-19604 (SLM)
Caption of Order:  Consent Order for Loss Mitigation in Furtherance of Chapter 13 Plan

**WHEREAS**, on March 2, 2022, Cynthia B. Spitznagel (the "Debtor") filed a First Modified Chapter 13 Plan [Docket No. 18] (the "Plan"); and

**WHEREAS**, on March 15, 2022, US Bank Trust National Association, not in its Individual Capacity by Solely as Owner Trustee for VRMTG Asset Trust by Fay Servicing, LLC ("U.S. Bank"), which holds a mortgage on the Debtor's residence located at 25 Bedford Road in Summit, New Jersey, filed an objection [Docket No. 24] to the Plan; and

**WHEREAS**, the Debtor and U.S. Bank resolved U.S. Bank's objection to the Plan through a Consent Order entered by the Court on April 7, 2022 [Docket No. 27], which calls for the Debtor to pursue a loan modification through the Court's loss mitigation program; and

**WHEREAS**, on April 14, 2022, this Court entered an Order [Docket No. 29] (the "Confirmation Order") confirming the Debtor's Plan, which Confirmation Order calls for the Debtor to pursue a loan modification with U.S. Bank; and

**WHEREAS**, the Debtor and U.S. Bank desire to pursue loss mitigation through the Court's loss mitigation portal.

**NOW, THEREORE**, the Court finding that the relief set forth herein is in the best interests of the estate and its creditors; and that good and sufficient cause exists for the granting of the relief set forth herein, it is hereby **ORDERED**

1. The Debtor and U.S. Bank are directed to participate in *Loss Mitigation and are bound by the Court's Loss Mitigation Program and Procedures* ("LMP").

2. The Loss Mitigation process shall terminate on September 30, 2022, unless an *Application for Extension or Early Termination of the Loss Mitigation Period* is filed under Section IX.B of the LMP, or otherwise ordered by the Court.

| | |
|---|---|
| Debtor: | Cynthia B. Spitznagel |
| Case No.: | 21-19604 (SLM) |
| Caption of Order: | Consent Order for Loss Mitigation in Furtherance of Chapter 13 Plan |

3. The Debtor must make monthly adequate protection payments to U.S. Bank during the loss mitigation period as set forth in the Plan and Confirmation Order.

4. If a relief from stay motion pursuant to section 362(d) is filed during the loss mitigation period, the Court may condition the stay upon compliance by the Debtor with the fulfillment of the Debtor's obligations under this Order. If the Debtor fails to comply with the loss mitigation process and this Order, U.S. Bank may apply to terminate the Order as specified in Section IX.B of the LMP and to obtain relief from the stay.

5. Extension or early termination of the loss mitigation process may be requested as specified in Section IX.B of the LMP.

6. If this case is dismissed during the loss mitigation period, loss mitigation is terminated effective on the date of the order of dismissal.

7. The parties shall utilize the Loss Mitigation Portal during the loss mitigation period.

8. Within 14 days of the date of this Order, U.S. Bank shall ensure that it is registered on the loss mitigation portal and that all of its initial loss mitigation document requirements are available on the portal.

9. Within 35 days of the date of this Order, the Debtor shall upload and submit through the loss mitigation portal a completed Creditor's Initial Package.

10. Within 14 days of the Debtor's submission of the Creditor's Initial Package, U.S. Bank shall acknowledge receipt of same and designate a single point of contact for Debtor's review.

Case 21-19604-SLM    Doc 34    Filed 06/01/22    Entered 06/01/22 16:23:37    Desc Main
Document    Page 4 of 4

Debtor: Cynthia B. Spitznagel
Case No.: 21-19604 (SLM)
Caption of Order: Consent Order for Loss Mitigation in Furtherance of Chapter 13 Plan

The undersigned hereby consent to the form and entry of the within Order.

**WEBBER MCGILL LLC**
*Attorneys for Debtor*

By: _____
Douglas J. McGill

**MCCALLA RAYMER LEIBERT PIERCE, LLC**
*Attorneys for U.S. Bank Trust National Association, Not in Its Individual Capacity But Solely as Owner Trustee for VRMTG Asset Trust by Fay Servicing, LLC*

By: _____ 5.5.22
Phillip Raymond

4