**WEBBER MCGILL LLC**
Douglas J. McGill, Esq.
100 E. Hanover Avenue, Suite 401
Cedar Knolls, New Jersey 07927
Tel: (973) 739-9559
Fax: (973) 739-9575
*Attorneys for Debtor*

**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>Cynthia B. Spitznagel,<br><br>Debtor. | Chapter 13<br><br>Case No. 21-19604 (SLM) |

**DEBTOR'S OBJECTION TO MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND CO-DEBTOR STAY REGARDING REAL PROPERTY**

TO:   HONORABLE STACEY L. MEISEL
      UNITED STATES BANKRUPTCY JUDGE

Cynthia B. Spitznagel (the "**Debtor**") hereby objects to the Motion for Relief From The Automatic Stay and Co-Debtor Stay Regarding Real Property [Docket No. 70] filed by Carrington Mortgage Services, LLC as Servicer for JPMorgan Chase Bank, National Association (the "**Bank**"), and respectfully states as follows:

**BACKGROUND**

1.   By Order dated March 24, 2023 [Docket No. 59], the Court confirmed the Debtor's first modified chapter 13 plan [Docket No. 51] (the "**Plan**").

2.   The terms of the Plan call for monthly payments to the chapter 13 plan in the amount of $2,164, with a lump sum payment to be made in month 60 of the Plan. The Plan further calls for current payments to the Bank, as the Debtor's mortgage lender, to be made outside the

Plan. The Bank holds a mortgage on the residence located at 25 Bedford Road in Summit, New Jersey (the "**Summit Property**") owned by the Debtor and her non-debtor husband.

3. Though the Debtor is current on her payments to the chapter 13 trustee, due to a recent loss of income suffered by Debtor's non-debtor husband, the Debtor has been unable to stay current on monthly mortgage payments to the Bank.

4. The Debtor believes that there is substantial equity in the Summit Property. The Debtor (with the consent of her husband) intends to promptly move to retain a realtor to market and sell the Summit Property, and to amend her plan to call for the payment in full of all creditors of her estate from the sale proceeds.

## CONCLUSION

**WHEREFORE**, Webber McGill therefore respectfully requests that the Court deny the Bank's Motion, without prejudice, and grant such other and further relief as the court deems just and proper.

WEBBER MCGILL, LLC
100 E. Hanover Avenue, Suite 401
Cedar Knolls, New Jersey 07927
(973) 739-9559
dmcgill@webbermcgill.com

By: */s/ Douglas J. McGill*
Douglas J. McGill

*Attorneys for Debtor*

Dated: November 10, 2025
Cedar Knolls, New Jersey

2