| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br>Marie-Ann Greenberg MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>Chapter 13 Standing Trustee |
| IN RE:<br><br>CYNTHIA B. SPITZNAGEL |

Case No.: 21-19604

Adv. No.:

Hearing Date:  01/28/2026

Judge:  SLM

## CERTIFICATION OF SERVICE

1. I, Sheila Alvarado, am a paralegal for Marie-Ann Greenberg, Chapter 13 Standing Trustee in the above captioned matter.

2. On, 12/30/2025, I sent a copy of the following pleadings and/or documents to the parties listed below:

    **Notice of Motion to Dismiss**

3. I hearby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Debtor:
CYNTHIA B. SPITZNAGEL
25 BEDFORD ROAD
SUMMIT, NJ  07901
Mode of Service:  Regular Mail

Attorney for Debtor(s):
DOUGLAS J. MCGILL
WEBBER MCGILL, LLC
760 ROUTE 10
SUITE 104
WHIPPANY, NJ  07981
Mode of Service:  ECF and/or Regular Mail

Dated:  December 30, 2025

By:  /S/  Sheila Alvarado
      Sheila Alvarado