Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  21−19604−SLM
Chapter:  13
Judge:  Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Cynthia B. Spitznagel
    25 Bedford Road
    Summit, NJ 07901

Social Security No.:
    xxx−xx−4693

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 1/28/26.

Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: January 29, 2026
JAN: rah

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

| In re: | Case No. 21-19604-SLM |
|---|---|
| Cynthia B. Spitznagel | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0312-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jan 29, 2026 | Form ID: 148 | Total Noticed: 19 |

The following symbols are used throughout this certificate:

**Symbol      Definition**

+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^        Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 31, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Cynthia B. Spitznagel, 25 Bedford Road, Summit, NJ 07901-1618 |
| 519460728 | + | Center for Child & Family Development, 145 Washington Street, Morristown, NJ 07960-8626 |
| 519460732 | + | Pediatric Eye Physicians, 95 Madison Avenue, Suite 301, Morristown, NJ 07960-6389 |
| 520921232 | + | Residential Credit Opportunities Trust IX-B, 3020 Old Ranch Parkway, Suite 180, Seal Beach, CA 90740-2799 |
| 520921233 | + | Residential Credit Opportunities Trust IX-B, 3020 Old Ranch Parkway, Suite 180, Seal Beach, CA 90740, Residential Credit Opportunities Trust I, 3020 Old Ranch Parkway, Suite 180 Seal Beach, CA 90740-2799 |
| 519460733 | | Stern & Eisenberg, PC, PO Box 9101, Temecula, CA 92589-9101 |
| 520644448 | + | US Bank Trust National Association, Att: Denise Carlon, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 29 2026 21:08:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 29 2026 21:08:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | ^ | MEBN | Jan 29 2026 21:02:07 | Carrington Mortgage Services, LLC as Servicer for, c/o Friedman Vartolo LLP, 1325 Franklin Avenue, Suite 160, Garden City, NY 11530, UNITED STATES 11530-1631 |
| cr | ^ | MEBN | Jan 29 2026 21:01:56 | Fay Servicing, LLC as Servicer for US Bank Trust N, Friedman Vartolo LLP, 1325 Franklin Ave, Ste. 160, Garden City, NY 11530-1631 |
| 520711202 | | Email/Text: BKBCNMAIL@carringtonms.com | Jan 29 2026 21:06:00 | JPMorgan Chase Bank, National Association, 1600 S. Douglass Road, Anaheim, CA 92806, JPMorgan Chase Bank, National Associatio, 1600 S. Douglass Road, Anaheim, CA 92806 |
| 520711201 | | Email/Text: BKBCNMAIL@carringtonms.com | Jan 29 2026 21:06:00 | JPMorgan Chase Bank, National Association, 1600 S. Douglass Road, Anaheim, CA 92806 |
| 519460729 | | Email/Text: ECF@fayservicing.com | Jan 29 2026 21:07:00 | Fay Servicing, PO Box 88009, Chicago, IL 60680-1009 |
| 519460730 | | EDI: IRS.COM | Jan 30 2026 01:51:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519460731 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Jan 29 2026 21:07:00 | New Jersey Division of Taxation, Compliance & Enforcement - Bankruptcy, 50 Barrack Street, 9th Floor, PO Box 245, Trenton, NJ 08695 |
| 519510864 | ^ | MEBN | Jan 29 2026 21:01:28 | US Bank Trust National Association et al, Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609 |
| 519460734 | | Email/Text: bkelectronicnotices@usaa.com | | |

District/off: 0312-2                          User: admin                                    Page 2 of 2
Date Rcvd: Jan 29, 2026                       Form ID: 148                           Total Noticed: 19

| | | Jan 29 2026 21:06:00 | USAA Savings Bank, PO Box 47504, San Antonio, TX 78265 |
|---|---|---|---|
| 519460735 | + EDI: WFHOME | Jan 30 2026 01:51:00 | Wells Fargo, PO Box 10335, Des Moines, IA 50306-0335 |

TOTAL: 12

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 31, 2026                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 29, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Charles G. Wohlrab | on behalf of Creditor Fay Servicing  LLC as Servicer for US Bank Trust National Association, Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust bkecf@friedmanvartolo.com, cwohlrab@ecf.courtdrive.com |
| Charles G. Wohlrab | on behalf of Creditor Carrington Mortgage Services  LLC as Servicer for JPMorgan Chase Bank, National Association bkecf@friedmanvartolo.com, cwohlrab@ecf.courtdrive.com |
| Denise E. Carlon | on behalf of Creditor Fay Servicing  LLC as Servicer for US Bank Trust National Association, Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Douglas J. McGill | on behalf of Debtor Cynthia B. Spitznagel dmcgill@webbermcgill.com |
| Elizabeth K. Holdren | on behalf of Creditor Residential Credit Opportunities Trust IX-B c/o FCI Lender Services  Inc. eholdren@hillwallack.com, hwbknj@hillwallack.com;eholdren@ecf.courtdrive.com;kgardiner@HillWallack.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Phillip Andrew Raymond | on behalf of Creditor US Bank Trust National Association phillip.raymond@mccalla.com  mccallaecf@ecf.courtdrive.com |
| Phillip Andrew Raymond | on behalf of Creditor US Bank Trust National Association  Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust phillip.raymond@mccalla.com, mccallaecf@ecf.courtdrive.com |
| Shauna M Deluca | on behalf of Creditor US Bank Trust National Association  Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust sdeluca@hasbanilight.com, hllawpc@gmail.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 10